612

387 A.2d 113

Commonwealth ex rel. Zander, Appellant, v. Zander.

 Argued December 8, 1977. Robert G. Rosen, with him Ronald E. Robinson, for appellant; No appearance entered nor brief submitted for appellee.

OPINION PER CURIAM: Order of support increased to $60.00, per week, and order, as amended, affirmed.

387 A.2d 114

Conahan v. Conahan, Appellant.

 Argued December 6, 1977. Clement E. Kisailus, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.